667 A.2d 211

Dominic ROBERT, a minor, by his mother and natural guardian, Mary Anne ROBERT, and Mary Anne Robert, Appellants,

v.

PHILADELPHIA PARK and Bensalem Racing Association, Inc. and Keystone Turf Club, Inc. and Greenwood Racing, Inc. and Thoroughbred Racing Protective Bureau, Inc.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1995.

Decided Nov. 22, 1995.

Richard J. Abramson, Holland, Lawrence A. Kalikow, Chalfont, for Dominic Robert, et al.

R. Anthony Michetti, Doylestown, Audrey Jacobsen Copeland, Berwyn, Charles W. Craven, Philadelphia, for Philadelphia Park and Bensalem Racing Assn., et al.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).